UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
DOUGLAS BRIAN DOUD, JR.

Case No. 15-21223
Hon. Daniel S Opperman
Chapter 13

    Debtor
_____/

NOTICE OF OBJECTION TO CLAIM #4-1 FILED BY
MICHIGAN DEPARTMENT OF TREASURY
AND OPPORTUNITY TO RESPOND

Debtors' have filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or denied. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before October 06, 2016, you or your lawyer must:

1.    File with the court a written response (*) to the objection explaining your position at:

    U.S. BANKRUPTCY COURT
    111 FIRST STREET
    BAY CITY MI 48708

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

| | |
|---|---|
| MICHAEL J. SHOVAN | THOMAS W. McDONALD |
| ATTORNEY AT LAW | CHAPTER 13 TRUSTEE |
| 4580 STATE ST #385 | 3144 DAVENPORT AVE |
| SAGINAW MI 48603 | SAGINAW MI 48602 |

2. Attend the hearing on the objection, scheduled to be held on Thursday, October 13, 2016, at 10:00 a.m. at the United States Bankruptcy Court, 111 First Street, Bay City MI 48708, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

If you or your attorney does not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

Respectfully submitted,

Date: August 23, 2016

/s/ Michael J. Shovan
Michael J. Shovan
Attorney for Debtors
4580 State St #385
Saginaw MI 48603
(989) 233-9389
mike@mikeshovan.com
P43362

* Response or answer must comply with Fed R Civ P 8(b), (c) and (e).

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
DOUGLAS BRIAN DOUD, JR.                    Case No. 15-21223
                                            Hon. Daniel S Opperman
                                            Chapter 13
     Debtor
_____/

### DEBTOR(S) OBJECTION TO CLAIM #4-1 FILED BY THE MICHIGAN DEPARTMENT OF TREASURY

Debtor(s) object to Claim #4-1, as amended, filed by MICHIGAN DEPARTMENT OF TREASURY and requests that this Court enter the Order attached as Exhibit 1 sustaining the objection based on the following:

1. The Claim as filed does not accurately reflect the amounts owed to the Claimant for the Tax Period 1/1/2013 - 12/31/2013.

2. Claim #4-1 incorrectly shows a priority claim in the amount of $2,598.42 for the period at issue.

3. Debtor's 2013 State of Michigan income tax return is attached as Exhibit 2 which shows that the Debtor owed Claimant $19.00 for that year; Debtor remitted the $19.00 to the Claimant with the filing of his return on July 16, 2015.

4. Claimant has overstated their claim by at least $2.598.42.

## REQUEST FOR RELIEF

Debtor(s), by counsel, requests that this Court disallow Claim #4-1 as it relates to any priority claim for the tax year 2013 and enter the Order attached as Exhibit 1 sustaining Debtors' objection and provide other necessary relief.

Respectfully submitted,

Dated: August 23, 2016

/s/ Michael J. Shovan
MICHAEL J. SHOVAN
Attorney for Debtor
4580 State St #385
Saginaw MI 48603
(989) 233-9389
mike@mikeshovan.com
P43362

<u>Exhibit 1</u>

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
DOUGLAS BRIAN DOUD, JR.     Case No. 15-21223
                Hon. Daniel S Opperman
                Chapter 13
  Debtor
_____/

<u>ORDER GRANTING DEBTORS' OBJECTION TO CLAIM #4-1 BY THE
MICHIGAN DEPARTMENT OF TREASURY</u>

The Debtor(s) having filed an objection to MICHIGAN DEPARTMENT OF TREASURY's Claim #4-1 and this Court being advised in the premises,

<u>IT IS ORDERED</u>:

Debtors' objection to the State of Michigan's Claim #4-1 for the tax year 2013 shall be sustained.

<u>IT IS FURTHER ORDERED</u>:

The State of Michigan priority claim for the tax year 2013 shall be $0.00.

# 2013 MICHIGAN Individual Income Tax Return MI-1040

**Return is due April 15, 2014.**
Type or print in blue or black ink.

DOUGLAS  B  DOUD  JR  -4290

3152 ELM ST
SAGINAW  MI  48604-

4. School District Code (5 digits – see page 60)

**5. STATE CAMPAIGN FUND**
Check if you (and/or your spouse, if filing a joint return) want $3 of your taxes to go to this fund. This will not increase your tax or reduce your refund.
a. ☐ Filer
b. ☐ Spouse

**6. FARMERS, FISHERMEN, OR SEAFARERS**
☐ Check this box if 2/3 of your income is from farming, fishing, or seafaring.

**7. 2013 FILING STATUS.** Check one.
a. ☒ Single
b. ☐ Married, Filing jointly
c. ☐ Married, Filing separately*

* If you check box "c," complete line 3 and enter spouse's full name below:

**8. 2013 RESIDENCY STATUS.** Check all that apply.
a. ☒ Resident
b. ☐ Nonresident*
c. ☐ Part-Year Resident*

* If you check box "b" or "c," you must complete and attach Schedule NR.

**9. EXEMPTIONS.** NOTE: If someone else can claim you as a dependent, check box 9d, enter 0 on line 9a and enter $1,500 on line 9d (see instr.).

| | | | | |
|---|---|---|---|---|
| a. Number of exemptions claimed on 2013 federal return ... 9a. | 1 | x $3,950 | 9a. | 3,950 00 |
| b. Number of individuals who qualify for one of the following special exemptions: deaf, blind, hemiplegic, paraplegic, quadriplegic, or totally and permanently disabled  9b. | | x $2,500 | 9b. | 00 |
| c. Number of qualified disabled veterans ... 9c. | | x $300 | 9c. | 00 |
| d. Claimed as dependent, see line 9 NOTE above ... 9d. | ☐ | | 9d. | 00 |
| e. Add lines 9a, 9b, 9c and 9d. Enter here and on line 15 ... | | | 9e. | 3,950 00 |

10. Adjusted Gross Income from your U.S. Forms *1040, 1040A, 1040EZ* or *1040NR* (see p. 9) ............ 10. **61,582 00**

11. Additions from Michigan Schedule 1, line 9. Attach Schedule 1 .............................................. 11. **00**

12. **Total.** Add lines 10 and 11 ..................................................................................... 12. **61,582 00**

13. Subtractions from Michigan Schedule 1, line 27. Attach Schedule 1 ........................................ 13. **00**

14. **Income subject to tax.** Subtract line 13 from line 12. If line 13 is greater than line 12, enter "0" ......... 14. **61,582 00**

15. **Exemption allowance.** Enter amount from line 9e or Schedule NR, line 19 ................................ 15. **3,950 00**

16. **Taxable income.** Subtract line 15 from line 14. If line 15 is greater than line 14, enter "0".............. 16. **57,632 00**

17. **Tax.** Multiply line 16 by 4.25% (0.0425) ............................................................................ 17. **2,449 00**

**NON-REFUNDABLE CREDITS**                                                AMOUNT                      CREDIT

18. **Income Tax Imposed** by government units outside Michigan.
    Attach a copy of the return (see instructions) .................. 18a. **00**    18b. **00**

19. Michigan Historic Preservation Tax Credit carryforward and/or
    Small Business Investment Tax Credit (see instructions) .... 19a. **00**    19b. **00**

20. **Income Tax.** Subtract the sum of lines 18b and 19b from line 17.
    If the sum of lines 18b and 19b is greater than line 17, enter "0" ......................................... 20. **2,449 00**

+ 1045 2013 05 01 27 8

Continue on page 2. This form cannot be processed if page 2 is not completed and attached.

15-21223-dob   Doc 30   Filed 08/23/16   Entered 08/23/16 21:02:39   Page 6 of 10

| | | |
|---|---|---|
| 21. Enter amount of Income Tax from line 20 | 21. | 2,449 00 |
| 22. Voluntary Contributions from Form 4642, line 11. Attach Form 4642 | 22. | 00 |
| 23. **USE TAX.** Use tax due on Internet, mail order or other out-of-state purchases from Worksheet 1, line 3, p. 8. | 23. | 0 00 |
| 24. **Total Tax Liability.** Add lines 21, 22 and 23 | 24. | 2,449 00 |

**REFUNDABLE CREDITS AND PAYMENTS**

| | | |
|---|---|---|
| 25. Property Tax Credit. Attach MI-1040CR or MI-1040CR-2 | 25. | 00 |
| 26. Farmland Preservation Credit. Attach MI-1040CR-5 | 26. | 00 |
| 27. a. Federal Earned Income Tax Credit ............ 27a. [      00] | | |
| b. Michigan Earned Income Tax Credit. Multiply line 27a by 6% (0.06) | 27b. | 00 |
| 28. Michigan Historic Preservation Tax Credit (refundable). Attach Form 3581 | 28. | 00 |
| 29. Michigan tax withheld from Schedule W, line 7. Attach Schedule W (**do not submit W-2s**) | 29. | 2,430 00 |
| 30. Estimated tax, extension payments and 2012 credit forward | 30. | 00 |
| 31. Total refundable credits and payments. Add lines 25, 26, 27b, 28, 29 and 30 | 31. | 2,430 00 |

**REFUND OR TAX DUE**

| | | |
|---|---|---|
| 32. If line 31 is less than line 24, subtract line 31 from line 24. Include interest [    ] and penalty [    ] if applicable (see p. 10) **YOU OWE** | 32. | 19 00 |
| 33. **Overpayment.** If line 31 is greater than line 24, subtract line 24 from line 31 | 33. | 00 |
| 34. **Credit Forward.** Amount of line 33 to be credited to your 2014 estimated tax for your 2014 tax return.. | 34. | 00 |
| 35. Subtract line 34 from line 33 .................. **REFUND** | 35. | 00 |

**D  DIRECT DEPOSIT** Deposit your refund directly to your financial institution! See page 11 and complete a, b and c.

| a. Routing Transit Number | b. Account Number | c. Type of Account |
|---|---|---|
| | | 1. ☐ Checking   2. ☐ Savings |

| | |
|---|---|
| **Deceased Taxpayer.** If Filer and/or Spouse died after December 31, 2012, enter dates below. **ENTER DATE OF DEATH ONLY.** Example: 04-15-2013 (MM-DD-YYYY)<br>Filer [         ]  Spouse [         ] | **Preparer Certification.** I declare under penalty of perjury that this return is based on all information of which I have any knowledge.<br>Preparer's PTIN, FEIN or SSN.<br>38-2767744 |
| **Taxpayer Certification.** I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.<br>Filer's Signature [signature]   Date 7-16-15<br>Spouse's Signature                      Date | Preparer's Business Name (print or type)<br>DEAN REEDY INCOME TAX SERVICE<br>Preparer's Business Address (print or type)<br>135 N TUSCOLA ROAD<br>BAY CITY MI 48708- |
| ☐ By checking this box, I authorize Treasury to discuss my return with my preparer. | |

**Refund, credit, or zero returns.** Mail your return to: **Michigan Department of Treasury, Lansing, MI 48956**
**Pay** amount on line 32. Mail your check and return to: **Michigan Department of Treasury, Lansing, MI 48929**

Make your check payable to "**State of Michigan.**" Print your **Social Security number** and "**2013 Income Tax**" on the front of your check. If paying on behalf of another taxpayer, **write the taxpayer's name and Social Security number** on the check. Do not staple your check to the return. Keep a copy of your return and supporting schedules for six years. To check your refund status, have a copy of your MI-1040 available when you visit **www.michigan.gov/iit**.

+ 1045 2013 05 02 27 6

Michigan Department of Treasury (Rev. 07-13), Page 1

**Schedule W**

# 2013 MICHIGAN Withholding Tax Schedule

Issued under authority of Public Act 281 of 1967.

Type or print in blue or black ink.

**Attachment 13**

**INSTRUCTIONS:** If you had Michigan income tax withheld in 2013, you must complete a *Withholding Tax Schedule* (Schedule W) to claim the withholding on your *Individual Income Tax Return* (MI-1040, line 29). Report military pay in Table 1 even if no Michigan tax was withheld. Attach your completed Schedule W to Form MI-1040 or MI-1040X-12 where applicable. See complete instructions on page 2 of this form. If you need additional space, attach another Schedule W.

| | | |
|---|---|---|
| DOUGLAS | B | DOUD JR      -4290 |

## TABLE 1: MICHIGAN TAX WITHHELD ON W-2, W-2G or CORRECTED W-2 FORMS

| A — Enter "X" for: Filer or Spouse | B — Employer's identification number (Example: 38-1234567) | C — Box c — Employer's name | D — Box 1 — Wages, tips, other compensation | E — Box 17 — Michigan income tax withheld |
|---|---|---|---|---|
| X | 11-3658572 | CUMMINS BRIDGEWAY | 61,582 00 | 2,430 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |

Enter Table 1 Subtotal from additional Schedule W forms (if applicable) .................................................. 00

4. **SUBTOTAL.** Enter total of Table 1, column E ........................................................ 4. 2,430 00

## TABLE 2: MICHIGAN TAX WITHHELD ON 1099

| A — Enter "X" for: Filer or Spouse | B — Payer's federal identification number (Example: 38-1234567) | C — Payer's name | D — Taxable pension distribution, misc. income, etc. (see instr.) | E — Michigan income tax withheld |
|---|---|---|---|---|
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |
| | | | 00 | 00 |

Enter Table 2 Subtotal from additional Schedule W forms (if applicable) .................................................. 00

5. **SUBTOTAL.** Enter total of Table 2, column E ........................................................ 5. 00

Continue on page 2.

## TABLE 3: MICHIGAN FLOW-THROUGH WITHHOLDING

| A<br>Payer's federal identification number (Example: 38-1234567) | B<br>Payer's name | C<br>Michigan flow-through withholding tax withheld |
|---|---|---|
| | | 00 |
| | | 00 |
| | | 00 |
| | | 00 |
| | | 00 |
| | | 00 |

Enter Table 3 Subtotal from additional Schedule W forms (if applicable) .................................... 00

6. **SUBTOTAL.** Enter total of Table 3, column C .................................... 6. 00

7. **TOTAL.** Add lines 4, 5 and 6. Enter here and carry to MI-1040, line 29 .................................... 7. 2,430 00

# Instructions for Schedule W
# Withholding Tax Schedule

Schedule W is designed to report State of Michigan income tax withholding. Schedule W enables us to process your individual income tax return more efficiently.

Attach the completed Schedule W to your return. An attachment number is listed in the upper right corner to help you assemble your forms in the correct order behind your *Individual Income Tax Return* (MI-1040). **If a Schedule W is not attached when required, the processing of your return will be delayed. Do not submit W-2 and/or 1099 forms with your return.** If you are filing an MI-1040X-12 because you received a corrected W-2 you must complete a Schedule W. Keep copies of your W-2s with your tax records for six years and have them available if requested by the Department of Treasury.

**Michigan Residents.** If you paid income tax to a governmental unit outside of Michigan, see instructions for MI-1040, line 18.

### Completing the Withholding Tables

*Lines not listed are explained on the form.*

Complete the withholding tables using information from your W-2, 1099 and MI-4919 forms, and any other documents that report Michigan tax withheld. If you need additional space, attach another Schedule W.

**Column D**

**Table 1:** From W-2s, enter wages, tips, military pay, and other compensation.

**Table 2:** From 1099 forms, or other withholding documents, enter unemployment compensation, taxable pension from federal return, and any other taxable income from which Michigan tax was withheld.

**Table 3:** Report Michigan flow-through information provided to you by the flow-through entity.

**Line 7: Total.** Enter total of line 4 from Table 1, line 5 from Table 2, and line 6 from Table 3 and carry total to Form MI-1040, line 29.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:
DOUGLAS BRIAN DOUD, JR.　　　　　　　　　Case No. 15-21223
　　　　　　　　　　　　　　　　　　　　　　　Hon. Daniel S Opperman
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　Debtor
_____/

CERTIFICATE OF SERVICE

On the date set forth below, the undersigned served a copy of Debtor's Objection to Claim #4-1 filed by MICHIGAN DEPARTMENT OF TREASURY with a response date and Notice of Hearing and Opportunity to Respond on all interested parties electronically and by first class mail, including the following:

THOMAS W. McDONALD, JR.　　　　　　　　ecf@mcdonald13.org
CHAPTER 13 TRUSTEE

MOE FREEDMAN　　　　　　　　　　　　　　freedmanm1@michigan.gov
STATE OF MI DEPT OF TREASURY

DOUGLAS B. DOUD, JR.
3152 ELM STREET
SAGINAW MI 48604

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 23, 2016　　　　　　　　　　　/s/ Michael J. Shovan
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. SHOVAN
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　4580 State St #385
　　　　　　　　　　　　　　　　　　　　　　　Saginaw MI 48603
　　　　　　　　　　　　　　　　　　　　　　　(989) 233-9389
　　　　　　　　　　　　　　　　　　　　　　　mike@mikeshovan.com
　　　　　　　　　　　　　　　　　　　　　　　P43362